UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| NORRIS W. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 07-230-DCR |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM OPINION** |
| MRS. L. WALKER, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

By Order dated September 12, 2007, the Court directed the Clerk to serve, by certified mail, copies of the Plaintiff Norris Jackson's petition [Record No. 2] and the Order upon the Defendants, Mrs. L. Walker, Mr. Collins, Mr. Phillips, Mr. Hibbard, Mr. De La Camera, Mr. A. Ndife, B.J. Johnson, Mr. Grondolsky, Mr. G. L. Hall, and Mr. Worthington, as well as the Attorney General for the United States and the United States Attorney for the Eastern District of Kentucky. The Court was unable to further identify several of the named Defendants due the fact that this information is not contained in the pleadings filed in this action.

By letter dated October 22, 2007, John Benge, Supervisory ISS at the Federal Correctional Institution in Manchester, Kentucky, advised the Clerk of the Court that two staff members with the last name of "Collins" were employed in the Food Service Department in Manchester. As a result, the materials delivered to FCI Manchester were returned. Therefore, being sufficiently advised, it is hereby

-1-

**ORDERED** that the September 12, 2007, Memorandum Opinion and Order is hereby **AMENDED** to provide that the Clerk of the Court shall also serve, by certified mail, copies of the Plaintiff Norris Jackson's complaint/petition [Record No. 2], the Court's September 12, 2007, Memorandum Opinion and Order [Record No. 11], and this Order upon Wilson Collins and Shannon Collins at their place of employment (Federal Correctional Institution, Manchester, Kentucky 40962-3000).

This 25th day of October, 2007.



Signed By:
*Danny C. Reeves* DCR
United States District Judge